IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUTHER DUPREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 11-665 |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| ALLEGHENY COUNTY HOUSING AUTHORITY, | ) ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 16th day of December 2011, the parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs. Counsel for Defendant consents to the electronic filing of this document by counsel for Plaintiff.

Respectfully submitted,

s/ David B. Spear
David B. Spear
PA ID No. 62133
david@gss-law.net

GOLDMAN SCHAFER & SPEAR P.C.
2200 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
Phone: 412-281-6488
Fax: 412-281-3226

Counsel for Plaintiff

s/ Patricia A. Monahan, Esq.
Patricia A. Monahan
PA ID No. 58784
pamonahan@mdwcg.com

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
U.S. Steel Tower
Suite 2900, 600 Grant Street
Pittsburgh, PA 15219
Phone: 412-803-1151
Fax: 412-803-1188

Counsel for Defendant

SO ORDERED this 16 day of December, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge