IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUTHER DUPREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 11-665 |
| | ) |
| v. | ) Judge Gary L. Lancaster |
| | ) |
| ALLEGHENY COUNTY | ) |
| HOUSING AUTHORITY, | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

AND NOW, this 16th day of December 2011, the parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs. Counsel for Defendant consents to the electronic filing of this document by counsel for Plaintiff.

Respectfully submitted,

| | |
|---|---|
| s/ David B. Spear | s/ Patricia A. Monahan, Esq. |
| David B. Spear | Patricia A. Monahan |
| PA ID No. 62133 | PA ID No. 58784 |
| david@gss-law.net | pamonahan@mdwcg.com |
| | |
| GOLDMAN SCHAFER & SPEAR P.C. | MARSHALL, DENNEHEY, WARNER, |
| 2200 Lawyers Building | COLEMAN & GOGGIN |
| 428 Forbes Avenue | U.S. Steel Tower |
| Pittsburgh, PA 15219 | Suite 2900, 600 Grant Street |
| Phone: 412-281-6488 | Pittsburgh, PA 15219 |
| Fax: 412-281-3226 | Phone: 412-803-1151 |
| | Fax: 412-803-1188 |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

SO ORDERED this 16 day of December, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge